September 15, 1969

No. 69–42 Laurence M. Svirchev, PVT, U. S. Army v BG James T. Hollingsworth as Commanding General of Fort Jackson, South Carolina and MG Willard Pearson as Commanding General of Forth Lewis, Washington.

On consideration of the "Motion to Reconsider" filed in the above-entitled action, it appearing that no facts sufficient to establish a basis for the relief requested are alleged, it is, by the Court, this 15th day of September, 1969,

ORDERED that said "Motion to Reconsider" be, and the same is, hereby denied. United States v Noyd, 18 USCMA 483, 40 CMR 195 and Lee v Pearson, 18 USCMA 545, 40 CMR 257.

May 2, 1969

No. 69–15 William J. Brooks, SSG, U. S. Army v "The Secretary of the Army; all those subordinates who have Courts-Martial convening authority. CG-3rd Arm. Div. and COL Roland Heiser CO — DISCOM 3rd Arm. Div.".

ORDERED that said Petition be, and the same is, hereby dismissed

for lack of jurisdiction, for the proceedings of a special court-martial without reporter cannot result in a sentence within this Court's authority to review.

Chief Judge Quinn concurs in this action because the Petition does not set forth a ground for relief. Lowe v Laird et al., 18 USCMA 131, 39 CMR 131.

March 7, 1969

No. 69–5 United States v Gregory W. Pierre, LCPL, U. S. Marine Corps.

On consideration of the Motion for Appropriate Relief filed by Appellate Defense Counsel and the Order of the Court dated March 4, 1969 directing the Government to show cause why the relief sought should not be granted, it appearing that the Board of Review has rendered an opinion in which it reduced the period of confinement at hard labor to six (6) months, and it further appearing that such sentence to confinement has been served, and Appellate Government Counsel having assured the Court in writing that the accused has been released from confinement thereby rendering the question before this Court moot (United States v Gale, 17 USCMA 40, 37 CMR 304), it is, by the Court, this 7th day of March, 1969,

ORDERED:
That said Motion for Appropriate Relief be, and the same is, hereby denied.